**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LKQ CORPORATION, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 18-cv-1562 (DLF) |
| UNITED STATES, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OPINION AND ORDER**

Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (collectively LKQ) seek equitable relief against the United States, the U.S. Department of Justice (DOJ), and the U.S. Department of Homeland Security (DHS) (collectively the government). Before the Court is LKQ's Renewed Motion to Trigger Rapid Filing (Renewed Motion), Dkt. 49. For the following reasons, the Court will grant LKQ's Renewed Motion.

On June 30, 2018, LKQ filed its First Motion to Trigger Rapid Filing (First Motion), Dkt. 3. In that motion, LKQ asked the Court to compel the government either to release LKQ's seized automotive repair grilles or to institute forfeiture proceedings against LKQ's seized property. *Id.* at 1–2. The Court denied LKQ's First Motion without prejudice on March 27, 2019 because LKQ had not provided an evidentiary basis—such as a verified complaint or sworn affidavit—for the requested relief. *See* Minute Order, March 27, 2019. On June 11, 2019, LKQ filed its Renewed Motion along with a verified complaint, seizure notices, letters, multiple declarations, and other evidence. *See* Dkt. 49.

The government filed its opposition to this Renewed Motion on June 24, 2019. Dkt. 52. In its opposition, the government does not contest the evidentiary basis for LKQ's Renewed

Motion.  It instead argues that the requested relief "is essentially moot," *id.* at 4, renewing arguments made in its First Motion to Dismiss.  Dkt. 20, at 19–20.

But the Court rejected those mootness arguments in its recent Memorandum Opinion regarding the government's motions to dismiss.  *See* Dkt. 57, at 10–11.  In that opinion, the Court also concluded that it has jurisdiction to grant the equitable remedy that LKQ seeks.  *Id.* at 11–12.

Based on the reasoning given in the Memorandum Opinion, the Court will grant LKQ's Renewed Motion.  As such, it is **ORDERED** that the government shall immediately release LKQ's seized automotive grilles or, in the alternative, shall immediately initiate forfeiture proceedings against those grilles.

DABNEY L. FRIEDRICH
United States District Judge

August 2, 2019